IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDALL WAYNE WEBB                                                                  PLAINTIFF

v.                                    Case No. 2:15-CV-2081

SHERIFF RON BROWN, Crawford County, Arkansas;
CAPTAIN BRANDON TRENT; and
DEPUTY ADAM ERVIN                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are DISMISSED WITH PREJUDICE. ,

IT IS SO ADJUDGED this 23rd day of September, 2016.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE